Cris C. Vaughan, Esq., SBN  99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone:  916-660-9401
Facsimile:  916-660-9378

Attorney for Judith Daniels Labonte, Individually and dba Lou La Bontes; Pet Xing, Inc., Individually and dba Pet Xing; Robin Giffin II, Individually and dba Millenium Smoke Shop; Millenium Smoke Shop Corporation

Scott N. Johnson, Esq., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA  95608
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUDITH DANIELS LABONTE, INDIVIDUALLY AND DBA LOU LA BONTES; et al.,<br><br>　　　　Defendants. | Case No. **2:11-cv-01251-FCD-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL July 29, 2011 FOR DEFENDANTS TO RESPOND TO COMPLAINT |

　　　Pursuant to Local Rule 144, Plaintiff Scott N. Johnson and Defendants, Judith Daniels Labonte; Pet Xing, Inc.; Robin Giffin II and Millenium Smoke Shop Corporation, by

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

and through their respective attorneys of record, Scott N. Johnson and Cris C. Vaughan, stipulate as follows:

1. No extension of time has been previously obtained.
2. This Defendant is granted an extension until July 29, 2011 to respond or otherwise plead to Plaintiff's complaint.
3. This Defendant's response will be due no later than July 29, 2011.

IT IS SO STIPULATED effective as of June 28, 2011.

Dated:   June 28, 2011          /s/ Cris C. Vaughan
                                Cris C. Vaughan,
                                Attorney for Defendants,
                                Judith Daniels Labonte;
                                Pet Xing, Inc.; Robin
                                Giffin II and Millenium
                                Smoke Shop Corporation

Dated:   June 28, 2011          /s/ Scott N. Johnson
                                Scott N. Johnson
                                Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:   June 29, 2011          _____
                                FRANK C. DAMRELL, JR.
                                UNITED STATES DISTRICT JUDGE